# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 907 MAL 2014
:
                Respondent     : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v.            :
:
:
:
ROGER MITCHELL RIERA,    :
:
                Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.